**IT IS ORDERED as set forth below:**

**Date: January 7, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| Erica Bass Crawford, ) | |
| Debtor(s). ) | |
| ) | |
| ──────────────────── ) | CASE NO. 25-62295-sms |
| Progress Residential Borrower 17, LLC ) | CHAPTER 7 |
| ) | |
| Movant. ) | Judge Sage M. Sigler |
| ) | |
| V. ) | CONTESTED MATTER |
| ) | |
| Erica Bass Crawford, Debtor(s), ) | |
| Kathleen Steil, Trustee ) | |
| Respondents. ) | |
| ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On December 15, 2025, Progress Residential Borrower 17, LLC, (hereinafter, "Movant")

1

filed a Motion For Relief From Automatic Stay (Doc. No. 13) (the "Motion"). The Motion concerns rented real property known as 1456 Arbor Pl Dr, Morrow GA 30260 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

| | |
|---|---|
| **Order presented by:** | THE TOTTEN FIRM, LLC<br>5579 Chamblee-Dunwoody Rd, Ste B-136,<br>Atlanta, GA 30338 |
| /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589) | Tel: (404) 692-4342<br>Email: mft@tottenfirm.com |

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kathleen Steil
Kathleen Steil, Trustee
Ogier, Rosenfeld & Steil, P.C.
P.O. Box 1547
Decatur, GA 30031
Chapter 7 Trustee

Erica Bass Crawford, Debtor
1456 Arbor Place Dr.
Morrow, GA 30260