Certificate Number: 03088-GAN-DE-040511816

Bankruptcy Case Number: 25-62295



03088-GAN-DE-040511816

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2026, at 11:34 o'clock AM CST, Erica B Crawford completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  January 15, 2026           By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor