**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In   Debtor(s)<br>Re:   **Erica Bass Crawford**<br>       1456 Arbor Place Dr.<br>       Morrow, GA 30260<br><br>       **xxx−xx−0634** | Case No.: **25−62295−sms**<br>Chapter:  **7**<br>Judge:  **Sage M. Sigler** |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

   It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

   **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:  January 27, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### **Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### **Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 25-62295-sms

Erica Bass Crawford Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: admin Page 1 of 3
Date Rcvd: Jan 27, 2026 Form ID: 182 Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica Bass Crawford, 1456 Arbor Place Dr., Morrow, GA 30260-4185 |
| cr | + | Progress Residential Borrower 17, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25536104 | + | Aaron's Rent to Own, 7899 Tara Blvd, Suite C, Jonesboro, GA 30236-2203 |
| 25536113 | | Esusu, Attn: Bankruptcy Dept, 200 Broadway, 3rd Floor, Suite 209, New York, NY 10038 |
| 25536118 | | Geico Insurance Company, 1 Geico Plaza, Roswell, GA 30076 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FKSTEIL | Jan 28 2026 01:17:00 | Kathleen Steil, Kathleen Steil, Trustee, Ogier, Rosenfeld & Steil, P.C., P.O. Box 1547, Decatur, GA 30031-1547 |
| cr | | EDI: ATLASACQU | Jan 28 2026 01:16:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Jan 28 2026 01:17:00 | Ally Servicing LLC as servicer on behalf of Citrus, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25537657 | | EDI: ATLASACQU | Jan 28 2026 01:16:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25536108 | | Email/Text: CSBankruptcy@austincapitalbank.com | Jan 27 2026 20:43:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 25536105 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2026 20:49:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25536106 | ^ | MEBN | Jan 27 2026 20:35:04 | Afterpay, 760 Market Street, Floor 2, San Francisco, CA 94102-2402 |
| 25536107 | + | EDI: GMACFS.COM | Jan 28 2026 01:16:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 25536109 | + | Email/Text: cbsbankruptsy@aol.com | Jan 27 2026 20:45:00 | CBS Collections, Attn: Bankruptcy, 1244 Jackson St, Alexandria, LA 71301-6927 |
| 25536110 | + | Email/Text: bankruptcynotices@conns.com | Jan 27 2026 20:43:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest Boulevard Buildin, The Woodlands, TX 77381-5205 |
| 25536111 | + | Email/Text: bankruptcy@credencerm.com | Jan 27 2026 20:46:00 | Credence Resource Management, 17000 Dallas Pkwy, Ste 20, Dallas, TX 75248-1930 |
| 25536112 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 27 2026 20:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25536115 | | Email/Text: ffambk@1fam.com | Jan 27 2026 20:44:00 | First Financial Asset Management, Inc., 3091 Governors Lake Drive, Suite 500, Peachtree |

Case 25-62295-sms    Doc 20    Filed 01/29/26    Entered 01/30/26 01:01:33    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 27, 2026 | Form ID: 182 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Corners, GA 30071 |
| 25536114 | + | EDI: BLUESTEM | Jan 28 2026 01:17:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25536116 | + | EDI: AMINFOFP.COM | Jan 28 2026 01:17:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25536117 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 27 2026 20:46:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 25536119 | | EDI: GADEPTOFREV.COM | Jan 28 2026 01:17:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25536120 | | EDI: IRS.COM | Jan 28 2026 01:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25536121 | + | EDI: JEFFERSONCAP.COM | Jan 28 2026 01:17:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 25536122 | | Email/Text: customerservice.us@klarna.com | Jan 27 2026 20:44:00 | Klarna Inc, 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 25536123 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2026 20:45:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25536124 | + | EDI: NFCU.COM | Jan 28 2026 01:17:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 25536125 | + | EDI: NFCU.COM | Jan 28 2026 01:17:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 25536126 | + | EDI: NFCU.COM | Jan 28 2026 01:17:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25536127 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 27 2026 20:45:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 25536128 | + | EDI: AGFINANCE.COM | Jan 28 2026 01:16:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 25536129 | + | Email/Text: bknotices@progressresidential.com | Jan 27 2026 20:46:00 | Progress Residential, 2658 Holcomb Bridge Rd, Suite 118, Alpharetta, GA 30022-6822 |
| 25536130 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 27 2026 20:46:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 25536131 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 27 2026 20:49:02 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 25536132 | ^ | MEBN | Jan 27 2026 20:36:09 | Retail Merchants Association, 620 Crockett St., Shreveport, LA 71101-3604 |
| 25536133 | ^ | MEBN | Jan 27 2026 20:36:08 | Retail Merchants Association, Inc, Attn: Bankruptcy, 620 Crocket St, Shreveport, LA 71101-3604 |
| 25536135 | | Email/Text: bankruptcy@springoakscapital.com | Jan 27 2026 20:43:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 25536136 | | Email/Text: bankruptcy@sunbit.com | Jan 27 2026 20:43:00 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 25536134 | + | Email/Text: cs@securitycreditservicesllc.com | Jan 27 2026 20:44:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 25536137 | + | EDI: SYNC | Jan 28 2026 01:16:00 | Syncb/Amazon Secured, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 25536138 | | Email/Text: bankruptcy@towerloan.com | Jan 27 2026 20:44:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 25536139 | | Email/Text: bknotice@upgrade.com | Jan 27 2026 20:43:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery |

District/off: 113E-9 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2026 | Form ID: 182 | Total Noticed: 43

| | | |
|---|---|---|
| 25537661 | Email/Text: USAGAN.Bankruptcy@usdoj.gov  Jan 27 2026 20:45:00 | Street 23rd Floor, San Francisco, CA 94111  United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com  GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Erica Bass Crawford court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4